1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT MICHAEL PETERSEN, | ) Case No.: 1:20-cv-1459 JLT |
| Plaintiff, | ) ORDER REMANDING THE MATTER |
| | ) PURSUANT TO SENTENCE FOUR OF 42 U.S.C. |
| v. | ) § 405(g) |
| KILOLO KIJAKAZI[1], | ) ORDER DIRECTING ENTRY OF JUDGMENT IN |
| Acting Commissioner of Social Security, | ) FAVOR OF PLAINTIFF, BERTT MICHAEL |
| | ) PETERSEN, AND AGAINST DEFENDANT, |
| Defendant. | ) KILOLO KIJAKAZI, ACTING COMMISSIONER |
| | ) OF SOCIAL SECURITY |

On July 20, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 16 at 1.)  Pursuant to the terms of the stipulation, the final decision of the Commissioner hall be reversed, an ALJ shall "conduct any further necessary proceedings and issue a new decision."  (*Id.* at 2.)  Further, the parties stipulated that judgment shall be entered in favor of Plaintiff.  (*Id.*)  Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

///

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Brett Michael Petersen and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **July 20, 2021**                              **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE